# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                                    NO. 4:05CR00305-019 SWW

JAMES FREDERIC HOWARD


<u>ORDER</u>

The above defendant appeared before the Court on August 21, 2006, to enter a guilty plea, had tested positive for illegal substances and the Court found that he should be detained until such time as he tests negative, and defendant was taken into custody.  Defendant now has tested negative, and the government has no objection to defendant being released.

IT IS THEREFORE ORDERED that defendant be, and he hereby is, released from custody immediately.

Defendant is reminded that he shall abide by all conditions of release as set forth in the previous order setting his conditions of release, including reporting to the Probation Office as directed for drug testing.  Further, the Court directs defendant to find employment.

IT IS SO ORDERED this 24th  day of August, 2006.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE