**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                            NO.  4:05CR00305-019 SWW

JAMES FREDERIC HOWARD

<u>ORDER</u>

    This matter came on for hearing on the government's motion for revocation of the conditions of release for violations of the terms of his conditions of release.  Based upon statements made by defense counsel that defendant does not contest the revocation issue, the Court found that defendant's bond should be revoked.

    IT IS THEREFORE ORDERED that the government's motion is granted and defendant's release hereby is terminated.  Defendant shall remain in custody of the United States Marshal to be detained pending sentencing in this matter.

    IT IS SO ORDERED this 21st day of November, 2006.

                                                   <u>/s/Susan Webber Wright</u>

                                                 UNITED STATES DISTRICT JUDGE